# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135241(60)

THOMAS OWCZAREK, a Taxpayer of the
Fitzgerald Public Schools, and FITZGERALD
PUBLIC SCHOOLS,
        Plaintiffs-Appellants,

v

                                    SC: 135241
                                    COA: 273322

STATE OF MICHIGAN, DEPARTMENT OF
EDUCATION, DEPARTMENT OF
MANAGEMENT & BUDGET, and TREASURER
OF THE STATE OF MICHIGAN,
        Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's February 6, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

d0528

_____
Clerk